**In the Interest of S.Y.G. & M.M.G., Plaintiff.**

**Juvenile Officer, Respondent;**

**Missouri Children's Division, Respondent,**

v.

**D.L.D. (Mother), Appellant;**

**T.L.G. (Father), Defendant.**

**Nos. WD 67677, WD 67678.**

Missouri Court of Appeals, Western District.

Aug. 28, 2007.

Joshua Fay, Brookfield, MO, for Appellant.

Steven Eugene Raymond, Shelbyville, MO, for Respondent Juvenile Officer.

Gary Lee Gardner, Jefferson City, MO, for Respondent Children Division.

Susan Ruth Barrow, Macon, MO, for Plaintiffs.

Andrew J.S.D. Snider, Shelbina, MO, for Defendant T.L.G.

Before HAROLD L. LOWENSTEIN, P.J., JAMES M. SMART, JR., and LISA WHITE HARDWICK, JJ.

### Order

**F.M.D., Appellant**

v.

**D.G. and S.G., Respondents.**

**No. WD 67785.**

Missouri Court of Appeals, Western District.

Aug. 28, 2007.

Kevin Wayne Kenney, Prairie Village, KS, for Appellant.

Jonathan Sheehy Zerr, Independence, for Respondent.

Before RONALD R. HOLLIGER, Presiding Judge, HAROLD L. LOWENSTEIN, Judge, and JAMES M. SMART., JR., Judge.

## ORDER

F.M.D., Sr. ("Father") appeals a judgment terminating his parental rights to his natural son, F.M.D., Jr. ("F.M.D."), a minor. That judgment was entered in conjunction with F.M.D.'s adoption by his step-father. On appeal, Father, who did not consent to the adoption, challenges the trial court's finding of abandonment and neglect on the basis that such a finding is not supported by substantial evidence and is against the weight of the evidence. Father also claims that the trial court abused its discretion in denying his application for a continuance. Having carefully considered Father's contentions on appeal, we find no basis for reversing the decision of the trial court. A published formal opinion would have no precedential value, and the parties have been provided with a memorandum explaining the reasoning of the court. The judgment is affirmed pursuant to Rule 84.16(b).